# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

CHARLES ANTHONY JONES,

_____,

_____,

*(Write the full name of each Plaintiff
filing this complaint. If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

**Case No.:** 1:23 cv 54 MW/ ZCB

*(To be filled in by the Clerk's Office)*

v.

DEPT OF VETERANS AFFAIRS,

_____,

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____/

**Jury Trial Requested?**
☑ **YES**  ☐ **NO**



FILED USDC FLND GV
MAR 10 '23 PM4:18

# I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _Charles Anthony Jones_

   Address: _908 SE 10th street_

   _____

   City, State, and Zip Code: _Gainesville, FL 32641_

   Telephone: _352-554-4345_ (Home) _904-534-5819_ (Cell)

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ (Home) _____ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: _Dept of VA_

    Official Position: _MEDICAL STAFF_

    Employed at: _VA MEDICAL CtR MALCOLM RANDALL_

    Mailing Address: _1601 SW Archer Road 32608_

    _____

    ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

2. Defendant's Name: _____

    Official Position: _____

    Employed at: _____

    Mailing Address: _____

    _____

    ☐ Sued in Individual Capacity    ☐ Sued in Official Capacity

    *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

ON JUNE 24th 2022 I had A PRIMARY CARE APPOINtment At The MALCOLM RANDALL VA HOSPitAL iN GAiNESVILLE, FL AFtER I WAS CheckED iN AND SAW The DoctoR A SONOGRAM WAS USED AND I hAd OVER 650mL OF URiNE BACkED up iN my BLAdder So My DoctoR REQUESTED ThAt A CAthere BE pLACED

**Factual Allegations, Continued** *(Page __1__ of __2__)*

iN My PENis SO I WENT BACK TO the NURSE's OFFICE TO get it DONE, it WAS A WHITE FEMALE NURSE AND At THAT TIME SHE ASKED ME iF I WANTED A MALE NURSE TO DO it, I SAiD YES I WOULD LiKE A MALE TO DO it, SO SHE WENT OUT AND got A ~~FEMAD~~ BLACK MALE NURSE WHICH At that TIME I thought hE WAS GONNA DO it SO I LAiD BACK ON the TABLE, BUT AGAiNST My REQUEST THE WHiTE FEMALE BEGAiN TO PLACE THE CATHERE iN AND "I SAiD WHAt ARE you doiNG"? I SPECALLY AND SPECIFICALLY ASK FOR A MALE TO DO it AND SHE SAiD "I CAN DO it" SO At TIME I (SEXUAL ASSAULT) KNEW that THE FEMALE WHITE NURSE WAS OFFENDED By ME ASKiNG FOR A MALE NURSE TO DO it, SO THE WHiTE FEMALE NURSE "ABUSED ME" AND USED (SEXUAL ASSAULT) THE CATHERE TO iNFLict PAiN ON My PENis WiTH ViOLENT PRESSiNG AND PUSHiNG it ON I WAS iN PAiN AND SCREAMiNG SO THE DOCTOR CAME iN the ROOM AND THE WHiTE NURSE DiDN't KNOW WHAt SHE WAS ODiNG, I hAD iNtENSE BLEEDiNG, PAiN, AND SCAR TiSSUE iNSiDE My PENis I hAd TO GO TO EMERGENCY UROLOGY

(OVER)

The white female nurse deliberately inflicted harm and went against my request and did it anyway so she violated my rights to have a male nurse and deliberately caused harm to my gential area to hurt me the violent pressing and pushing of the cathere cause major bleeding, soreness, scar tissue on the inside penis tract which cause bleeding out of the rectum and cause me to have a uti, she violated my rights and abused being a medical worker employee by the Dept of VA, I also believe that she was racist because I am a black man and she was a white female because she disrespected my request for a male nurse, and in fact she didn't know how to do it, which is also called medical malpractice by a VA employee, and because of this incident and injury because my penis was so damaged with the bleeding and scar tissue damage on the inside I had to have surgery to have a suber pubic tube placed in my bladder to bypass my penis because of the violent damage the white female nurse did to me intense nerve pain continually

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. My Rigts WAS VioLAfeD, As A pAtieNt I hAUE A Right To treAtment By A COmpetent MEDICAL pROfessioNAL REGARDLESS Of RACE, RELigioN, OR SEX OF THE PERSON without BEING ABUSED By the HEALthCARE pROFESSIONAL

2. RACE DiscRimAtioN I WAS vioLAfeD By A White NURSE AND I AM A BLACK MAN.

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims. (I REQUEST MONEY DAMAGES To BE PAID By Dept oF VA)

I AM REQUESting ActuAL AND punitive DAMAGES IN the Amount 2.5 miLLioN DoLLARS AND THE BASis FOR This Amount is I hAd To hAUE SURGERY To PLACE A SUPER puBic tuBE iN AND I CAN NEUER USE My PENiS ANYMORE it is PERMAtely DAMAGED AND I hAUE A WiFE My QuALity OF LiFE hAS BEEN TAKEN AWAY

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

6

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3/9/23    Plaintiff's Signature: _Charles A Jones_

Printed Name of Plaintiff: _Charles A. Jones_

Address: _908 SE 20th Street_

_Gainesville, FL 32641_

E-Mail Address: _charles.jones943@yahoo.com_

Telephone Number: ___904-534-5819___

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*