IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHARLES ANTHONY JONES,

   *Plaintiff*,

v.                                        Case No.: 1:23cv54-MW/ZCB

UNITED STATES OF AMERICA,

   *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. Plaintiff's motion to extend time to file a second amended complaint, ECF No. 10, is **DENIED**. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** for lack of subject matter jurisdiction." The Clerk shall close the file.

**SO ORDERED on October 13, 2023.**

                                                         *s/Mark E. Walker*
                                                         **Chief United States District Judge**